UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>CARLOS VILLEGAS (2);<br>DIEGO ARRELANO (3);<br>FELIPE DE JESUS GARCIA MEDINA (4),<br><br>                              Defendants. | Case No.:  25-cr-3883-JO<br><br>**ORDER CONTINUING MOTION<br>HEARING/TRIAL SETTING** |

On January 26, 2026, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for January 30, 2026 to March 20, 2026.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 57] and sets the Motion Hearing/Trial Setting on March 20, 2026 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  On January 26, 2026, plea agreements were lodged before the Court as to Defendants Carlos Villegas and Felipe De Jesus Garcia-Medina, and a signed plea agreement is forthcoming as to Defendant Diego Arellano. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//

//

Further, on November 13, 2025, Defendant Felipe De Jesus Garcia-Medina filed a pretrial motion that remains pending. Thereafter, the Co-Defendants also filed pretrial motions that remain pending. Accordingly, the Court finds that time from November 13, 2025 to March 20, 2026 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to Co-Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 1/28/2026 _____

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

25-cr-3883-JO